1 | PETER E. BRIXIE, Bar #124186
Attorney at Law
2 | 410 Twelfth Street, Suite One
Sacramento, CA 95814
3 | Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com
4
Attorney for IRMA GARZA
5
UNITED STATE DISTRICT COURT
6
EASTERN DISTRICT OF CALIFORNIA
7

| IRMA GARZA, | Case No.: 2: 15-CV-00214-KJN |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of September 7, 2015. The extension is needed due to press of business in plaintiff's attorney's office.

1  This is the 1st request for extension by plaintiff.

2

3  Dated: 07/29/15                          /s/ Peter Brixie
                                            PETER E. BRIXIE
                                            Attorney at Law
4                                           Attorney for Plaintiff

5

6  Dated: 07/29/15                 By:      /s/ Jeffrey T. Chen
                                            JEFFREY T. CHEN
                                            Special Assistant U. S. Attorney
7                                           Attorney for Defendant

8

9

10                         **ORDER**

                   APPROVED AND SO ORDERED
11

12  Dated:  July 30, 2015

13
                                      *[signature: Kendall J. Newman]*
14                                    KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25