```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DEBORAH L. STACHEL
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
 4  JEFFREY CHEN, CSBN 260516
    Special Assistant United States Attorney
 5        Social Security Administration
          333 Market St., Suite 1500
 6        San Francisco, CA  94105
 7        Telephone: (415) 977-8939
          Facsimile: (415) 744-0134
 8        Email: Jeffrey.Chen@ssa.gov
 9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IRMA GARZA, | Civil No. 2:15-cv-00214-KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant apologizes for inadvertently incorrectly calendaring this case schedule and respectfully requests this additional time because of a very heavy workload in the month of November.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, December 9, 2015.

Respectfully submitted,

Date: *November 9, 2015*              LAW OFFICE OF PETER BRIXIE

                              By:  */s/ Peter Brixie*
                                   PETER BRIXIE
                                   *\* By email authorization on Nov. 9, 2015*
                                   Attorney for Plaintiff

Date: *November 9, 2015*              BENJAMIN B. WAGNER
                                      United States Attorney

                              By:  */s/ Jeffrey Chen*
                                   JEFFREY CHEN
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.  All other case deadlines shall be modified accordingly.

Dated: November 10, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE