1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IRMA GARZA,                              No.  2:15-cv-0214-KJN

12              Plaintiff,

13        v.                                  ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15

16              Defendant.

17

18        On November 10, 2015, the court approved the parties' stipulation for an extension of

19   time until December 9, 2015, for the Commissioner to file its opposition and cross-motion for

20   summary judgment.  (ECF No. 17.)  To date, no such filing has been made.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.   Within fourteen (14) days of this order, the Commissioner's counsel shall show cause

23             why he should not be required to pay $250.00 in sanctions based on his failure to

24             comply with the court's prior order.

25        2.   Within fourteen (14) days of this order, the Commissioner shall file its opposition and

26             cross-motion for summary judgment.  Alternatively, if the Commissioner concludes

27             that a stipulated remand is appropriate, the parties may file such a stipulation within

28             fourteen (14) days of this order.  No further extensions will be granted.

                                          1

3.  Failure to timely respond to all aspects of this order will be deemed to be the Commissioner's consent to the summary grant of plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:  March 14, 2016

_Kendall J. Newman_

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2